UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| Case No. | CV 13-3691 DSF (SSx) | Date | 4/28/14 |
|---|---|---|---|
| Title | Aidan Foley, et al. v. Elliot Aintabi, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order DENYING Motion to Dismiss Without Prejudice (Dkt. No. 84)[1]

The motion to dismiss Jesta Digital LLC without prejudice is DENIED for the reasons given in the opposition. The Court expresses no opinion on Jesta Digital LLC's potential entitlement to attorney's fees.

IT IS SO ORDERED.

---

[1] The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15.